IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 5:18-BK-03020-JJT |
| | : | |
| JOSEPH YEBOAH, | : | CHAPTER 13 |
| | : | |
| DEBTOR | : | |
| | : | |
| JOSEPH YEBOAH, | : | |
| MOVANT | : | RELATED TO DOCKET NO. 5 |
| | : | |
| vs. | : | HEARING DATE & TIME: |
| | : | August 21, 2018, 9:30 AM |
| ALLY FINANCIAL, | : | |
| AMERICAN HONDA FINANCE, | : | |
| AMERICAN INFO SOURCE, | : | |
| DSNB MACYS, | : | |
| MET ED, | : | |
| MIDLAND FUNDING, | : | |
| MONROE COUNTY TCB, | : | |
| NATIONAL RECOVERY, | : | |
| PNC MORTGAGE, | : | |
| PORTFOLIO RECOVERY, | : | |
| QUANTUM3 GROUP, | : | |
| TD AUTO FINANCE, | : | |
| WELLS FARGO DEALER, | : | |
| | : | |
| RESPONDENTS | : | FILED PURSUANT TO |
| | : | 11 U.S.C. § 362 (C) (3) |
| And | : | |
| | : | |
| CHARLES J. DEHART, III, ESQ. | : | |
| CHAPTER 13 TRUSTEE, | : | |
| | : | |
| ADDITIONAL | : | |
| RESPONDENT | : | |

## **AFFIDAVIT**

I, Joseph Yeboah, being first duly sworn according to law, do depose and state the following:

I have previously filed a Chapter 13 Voluntary Petition with the United States Bankruptcy Court for the Middle District of Pennsylvania at Case No 17-bk-01244. Said case was dismissed on May 21, 2018.

Since the dismissal of my Chapter 13 Bankruptcy case, I have had an increase in business at my personal business and I am now in a position to fully fund my Chapter 13 plan and make the monthly Trustee and mortgage payments and attend all required meeting of creditors.


Dated: August 15, 2018 /s/ Joseph Yeboah
JOSEPH YEBOAH