```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 18-03020-RNO
Joseph Yeboah                                                       Chapter 13
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 0314-5      User: REshelman            Page 1 of 2            Date Rcvd: Aug 20, 2018
                          Form ID: ntnew341          Total Noticed: 20
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2018.
```
db            +Joseph Yeboah,    101 Kimball Court,    East Stroudsburg, PA 18302-8611
5086355      ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court:  American Honda Finance,    201 Little Falls Dr,
                Wilmington, DE 19808)
5086358       +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
5086359       +Met Ed,    c/o Fist Energy,    101 Crawford's Corner Road,    Bldg. 1, Suite 1-51,
                Holmdel, NJ 07733-1976
5086363       +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
5086367       +Td Auto Finance,    Po Box 9223,    Farmington Hills, MI 48333-9223
5086368       +Udren Law Offices,    Woodcrest Corporate Center,    111 Woodcrest Road, Suite 200,
                Cherry Hill, NJ 08003-3620
5086369       +Wells Fargo Dealer Svc,    Po Box 1697,    Winterville, NC 28590-1697
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5086354       +E-mail/Text: ally@ebn.phinsolutions.com Aug 20 2018 18:54:44      ALLY FINANCIAL/fka GMAC,
                PO Box 130424,    Roseville, MN 55113-0004
5086356        E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 20 2018 18:54:52      American Honda Finance,
                National Bankruptcy Center,    PO Box 168088,    Irving, TX 75016
5087378        E-mail/Text: ally@ebn.phinsolutions.com Aug 20 2018 18:54:44      Ally Financial,
                PO Box 130424,    Roseville MN 55113-0004
5086357        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 20 2018 19:02:16      American Info Source Lp,
                Post Office Box 248848,    Oklahoma City, OK 73124-8848
5086360       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 20 2018 18:54:50      Midland Funding,
                8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
5086361       +E-mail/Text: MKnitter@monroecountypa.gov Aug 20 2018 18:54:53
                Monroe County Tax Claim Bureau,    1 Quaker Plz 104,    Stroudsburg, PA 18360-2141
5086362       +E-mail/Text: Bankruptcies@nragroup.com Aug 20 2018 18:55:00      National Recovery Agen,
                2491 Paxton St,    Harrisburg, PA 17111-1036
5086365        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 20 2018 19:02:05
                Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
5086995       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 20 2018 19:02:15
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5093335        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 20 2018 18:54:49
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, Pa.  17128-0946
5086364       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 20 2018 19:13:48
                Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
5086366        E-mail/Text: bnc-quantum@quantum3group.com Aug 20 2018 18:54:48      Quantum3 Group LLC,
                P.O. Box 788,    Kirkland, WA 98083-0788
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5096462*     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court:  American Honda Finance Corporation,    National Bankruptcy Center,
                P.O. Box 168088,    Irving, TX 75016-8088)
                                                                                 TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2018                                        Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2018 at the address(es) listed below:

    Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
    James Warmbrodt   on behalf of Creditor   PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
    Paul W McElrath, Jr.   on behalf of Debtor 1 Joseph Yeboah ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com
    United States Trustee   ustpregion03.ha.ecf@usdoj.gov

                                                                    TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Joseph Yeboah,  
    **Debtor 1**

Chapter 13

Case No. 5:18−bk−03020−RNO

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Best Western Genetti's, 77 East Market Street, Wilkes−Barre, PA 18701 | Date: October 15, 2018<br>Time: 11:00 AM |

**Address of the Bankruptcy Clerk's Office:**  
U.S. Bankruptcy Court  
274 Max Rosenn U.S. Courthouse  
197 South Main Street  
Wilkes−Barre, PA 18701  
(570) 831−2500

**For the Court:**  
Terrence S. Miller  
Clerk of the Bankruptcy Court:  
By: REshelman, Deputy Clerk

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: August 20, 2018

ntnew341 (04/18)