# PROFIT AND LOSS STATEMENT
## TAXIFLEET MANAGEMENT LLC
## 54-11 QUEENS BOULEVARD
## WOODSIDE NY 11377
## FOR JOSEPH YEBOAH
## 01/01/2018-06/30/2018

5:18-bk-03020

**INCOME**

| | |
|---|---|
| CAB SERVICE | 55,454 |

**EXPENSES**

| | |
|---|---|
| VEHICLE&MEDALION LEASE | 23,400 |
| MTA SURCHARGE | 1,660 |
| TLC IMPROVEMENT | 978 |
| GASOLINE | 2,600 |
| TOLLS | 598 |
| PHONE | 300 |
| MEALS AND ENT. 50% | 585 |
| MISC-EXTRAS | 1,360 |
| **TOTAL EXPENSES** | 31,481 |
| **NET PROFIT (LOSS)** | 23,973 |

Signature: [signed]    Date 8-6-2018

PREPARED BY PETER ANNAN

Preparer Signature: [signed]    Date 8/6/2018

PAPAA CONSULTING INC.            PTIN# P00742774
1625 PORTER ROAD
UNION NJ 07083
22-3897167
908-810-8889