```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                            Case No. 18-03020-RNO
Joseph Yeboah                                                     Chapter 13
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-5       User: REshelman            Page 1 of 2           Date Rcvd: Oct 17, 2018
                           Form ID: ntcnfhrg          Total Noticed: 36
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2018.
```
db            +Joseph Yeboah,    101 Kimball Court,    East Stroudsburg, PA 18302-8611
5086355      ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court: American Honda Finance,     201 Little Falls Dr,
               Wilmington, DE 19808)
5100992       +Citibank,    701 East 60th Street N,    Sioux Falls, SD 57104-0493
5100993       +Client Services,    3451 Harry S. Truman Blvd.,    Saint Charles, MO 63301-9816
5100994      ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
               (address filed with court: DirecTV,    PO Box 78626,    Phoenix, AZ 85062-8626)
5113859        Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
               Kirkland, WA  98083-0657
5086358       +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
5100996       +Fanta Sea Resorts,    1507 Boardwalk,    Atlantic City, NJ 08401-7012
5100997       +HCFS,    3585 Ridge Park Drive,    Akron, OH 44333-8203
5086359       +Met Ed,    c/o Fist Energy,    101 Crawford's Corner Road,    Bldg. 1, Suite 1-51,
               Holmdel, NJ 07733-1976
5101000       +Middle Smithfield Township,    147 Municipal Drive,    East Stroudsburg, PA 18302-9519
5109220       +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
5086363       +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
5086367       +Td Auto Finance,    Po Box 9223,    Farmington Hills, MI 48333-9223
5086368       +Udren Law Offices,    Woodcrest Corporate Center,    111 Woodcrest Road, Suite 200,
               Cherry Hill, NJ 08003-3620
5111490        Wells Fargo Bank N.A, d/b/a Wells Fargo Auto,    PO Box 19657  Irvine, CA 92623-9657
5086369       +Wells Fargo Dealer Svc,    Po Box 1697,    Winterville, NC 28590-1697
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5086354       +E-mail/Text: ally@ebn.phinsolutions.com Oct 17 2018 19:28:28      ALLY FINANCIAL/fka GMAC,
               PO Box 130424,    Roseville, MN 55113-0004
5086356        E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 17 2018 19:28:55      American Honda Finance,
               National Bankruptcy Center,    PO Box 168088,    Irving, TX 75016
5113402        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 17 2018 19:41:55      AT&T CORP,
               by American InfoSource as agent,    PO Box 4457,    Houston, TX  77210-4457
5108855       +E-mail/Text: g20956@att.com Oct 17 2018 19:29:08      AT&T Mobility II LLC,
               %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
               BEDMINSTER, NJ. 07921-2693
5087378        E-mail/Text: ally@ebn.phinsolutions.com Oct 17 2018 19:28:28      Ally Financial,
               PO Box 130424,    Roseville MN 55113-0004
5086357        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 17 2018 19:41:55      American Info Source Lp,
               Post Office Box 248848,    Oklahoma City, OK 73124-8848
5108503       +E-mail/Text: bnc@atlasacq.com Oct 17 2018 19:28:29      Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
5100998        E-mail/Text: robert.mclaughlin@kadiehl.com Oct 17 2018 19:29:06      Lake Of The Pines,
               PO Box 305,    Gouldsboro, PA 18424
5086360       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 17 2018 19:28:49      Midland Funding,
               8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
5101838       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 17 2018 19:28:49      Midland Funding LLC,
               PO Box 2011,    Warren, MI 48090-2011
5086361       +E-mail/Text: MKnitter@monroecountypa.gov Oct 17 2018 19:28:55
               Monroe County Tax Claim Bureau,    1 Quaker Plz 104,    Stroudsburg, PA 18360-2141
5086362       +E-mail/Text: Bankruptcies@nragroup.com Oct 17 2018 19:29:16      National Recovery Agen,
               2491 Paxton St,    Harrisburg, PA 17111-1036
5086365        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 17 2018 19:30:46
               Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
5101066        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 17 2018 19:53:45
               Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5086995       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 17 2018 19:31:10
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5093335        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 17 2018 19:28:47
               Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, Pa.  17128-0946
5086364       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 17 2018 19:30:46
               Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
5086366        E-mail/Text: bnc-quantum@quantum3group.com Oct 17 2018 19:28:43      Quantum3 Group LLC,
               P.O. Box 788,    Kirkland, WA 98083-0788
5101008       +E-mail/PDF: gecsedi@recoverycorp.com Oct 17 2018 19:30:43      Syncb/Wal-Mart,    PO Box 965024,
               Orlando, FL 32896-5024
                                                                                              TOTAL: 19
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0314-5           User: REshelman            Page 2 of 2                   Date Rcvd: Oct 17, 2018
                               Form ID: ntcnfhrg          Total Noticed: 36
```

```
cr*             +PRA Receivables Management, LLC,   PO Box 41021,    Norfolk, VA 23541-1021
5100988*        +ALLY FINANCIAL/fka GMAC,    PO Box 130424,    Roseville, MN 55113-0004
5100990*        ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                  (address filed with court: American Honda Finance,    National Bankruptcy Center,
                    PO Box 168088,    Irving, TX 75016)
5096462*        ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                  (address filed with court: American Honda Finance Corporation,    National Bankruptcy Center,
                    P.O. Box 168088,    Irving, TX 75016-8088)
5100989*        ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                  (address filed with court: American Honda Finance,    201 Little Falls Dr,
                    Wilmington, DE 19808)
5100991*         American Info Source Lp,    Post Office Box 248848,    Oklahoma City, OK 73124-8848
5100995*        +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
5100999*        +Met Ed,    c/o Fist Energy,    101 Crawford's Corner Road,    Bldg. 1, Suite 1-51,
                    Holmdel, NJ 07733-1976
5101001*        +Midland Funding,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
5101002*        +Monroe County Tax Claim Bureau,    1 Quaker Plz 104,    Stroudsburg, PA 18360-2141
5101003*        +National Recovery Agen,    2491 Paxton St,    Harrisburg, PA 17111-1036
5101006*        ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                  (address filed with court: Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541)
5101004*        +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
5101005*        +Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
5101007*         Quantum3 Group LLC,    P.O. Box 788,    Kirkland, WA 98083-0788
5101009*        +Td Auto Finance,    Po Box 9223,    Farmington Hills, MI 48333-9223
5101010*        +Udren Law Offices,    Woodcrest Corporate Center,    111 Woodcrest Road, Suite 200,
                    Cherry Hill, NJ 08003-3620
5101011*        +Wells Fargo Dealer Svc,    Po Box 1697,    Winterville, NC 28590-1697
                                                                                       TOTALS: 0, * 18, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2018                                    Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
              Paul W McElrath, Jr.   on behalf of Debtor 1 Joseph  Yeboah ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Joseph Yeboah,

**Debtor 1**

Chapter 13

Case No. 5:18−bk−03020−RNO

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **December 5, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: December 12, 2018  Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court  274 Max Rosenn U.S. Courthouse  197 South Main Street  Wilkes−Barre, PA 18701  (570) 831−2500 | **For the Court:** Terrence S. Miller  Clerk of the Bankruptcy Court:  By: REshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 17, 2018 |

ntcnfhrg (03/18)