```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                            Case No. 18-03020-RNO
Joseph Yeboah                                                     Chapter 13
        Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-5       User: REshelman        Page 1 of 1        Date Rcvd: Apr 09, 2019
                           Form ID: pdf010        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2019.
db             +Joseph Yeboah,    101 Kimball Court,    East Stroudsburg, PA 18302-8611

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James    Warmbrodt     on behalf of Creditor    PNC BANK NATIONAL    ASSOCIATION bkgroup@kmllawgroup.com
              Michael A Gaul    on behalf of Creditor    Township of Middle Smithfield mag@kingspry.com,
               robin@kingspry.com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
              Paul W McElrath, Jr.    on behalf of Debtor 1 Joseph   Yeboah ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    American Honda Finance Corporation
               ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Joseph Yeboah, | : | Case No. 5:18-bk-03020-RNO |
| Debtor, | : | Chapter 13 |
| Joseph Yeboah, | : | |
| Movant | : | |
| Vs. | : | |
| Charles J. DeHart, III, Esquire (Trustee) | : | |
| Respondent | : | |

## ORDER

**AND NOW** upon consideration of the within MOTION TO MODIFY CHAPTER 13 PLAN POST-CONFIRMATION, it is hereby **ordered and directed** as follows:

1. The Motion to Modify the Chapter 13 Plan Post-Confirmation is GRANTED.

Dated: April 9, 2019

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (RR)