```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                          Case No. 18-03020-RNO
Joseph Yeboah                                                   Chapter 13
        Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-5          User: LyndseyPr          Page 1 of 2              Date Rcvd: Dec 23, 2019
                              Form ID: ordsmiss        Total Noticed: 39
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2019.
```
db            +Joseph Yeboah,   101 Kimball Court,    East Stroudsburg, PA 18302-8611
cr            +Township of Middle Smithfield,   147 Municipal Drive,    East Stroudsburg, PA  18302,
                UNITED STATES 18302-9519
5100996       +Fanta Sea Resorts,   1507 Boardwalk,    Atlantic City, NJ 08401-7012
5100997       +HCFS,   3585 Ridge Park Drive,    Akron, OH 44333-8203
5086359       +Met Ed,   c/o Fist Energy,   101 Crawford's Corner Road,    Bldg. 1, Suite 1-51,
                Holmdel, NJ 07733-1976
5138353       +Michael A. Gaul, Esquire,    King, Spry, Herman, Freund & Faul, LLC,
                1 West Broad Street, Suite 700,    Bethlehem, PA 18018-5783
5101000       +Middle Smithfield Township,   147 Municipal Drive,    East Stroudsburg, PA 18302-9519
5109220       +PNC Bank, N.A.,   3232 Newmark Drive,    Miamisburg, OH 45342-5421
5086363       +Pnc Mortgage,   Po Box 8703,   Dayton, OH 45401-8703
5138354       +Township of Middle Smithfield (Monroe County, PA),    Michael A. Gaul, Esquire,
                1 West Broad Street,   Suite 700,   Bethlehem, PA 18018-5716
5086368       +Udren Law Offices,   Woodcrest Corporate Center,    111 Woodcrest Road, Suite 200,
                Cherry Hill, NJ 08003-3620
5111490        Wells Fargo Bank N.A, d/b/a Wells Fargo Auto,    PO Box 19657  Irvine, CA 92623-9657
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             EDI: HNDA.COM Dec 24 2019 00:23:00      American Honda Finance Corporation,
                3625 W. Royal Lane #200,   Irving, TX  75063,   UNITED STATES
5086354       +EDI: GMACFS.COM Dec 24 2019 00:23:00      ALLY FINANCIAL/fka GMAC,    PO Box 130424,
                Roseville, MN 55113-0004
5086356        EDI: HNDA.COM Dec 24 2019 00:23:00      American Honda Finance,    National Bankruptcy Center,
                PO Box 168088,   Irving, TX 75016
5113402        EDI: AIS.COM Dec 24 2019 00:23:00      AT&T CORP,   by American InfoSource as agent,
                PO Box 4457,   Houston, TX  77210-4457
5108855       +EDI: CINGMIDLAND.COM Dec 24 2019 00:23:00      AT&T Mobility II LLC,    %AT&T SERVICES INC.,
                KAREN A. CAVAGNARO  PARALEGAL,   ONE AT&T WAY, SUITE 3A104,    BEDMINSTER, NJ. 07921-2693
5087378        EDI: GMACFS.COM Dec 24 2019 00:23:00      Ally Financial,   PO Box 130424,
                Roseville MN 55113-0004
5086357        EDI: AIS.COM Dec 24 2019 00:23:00      American Info Source Lp,    Post Office Box 248848,
                Oklahoma City, OK 73124-8848
5108503       +EDI: ATLASACQU.COM Dec 24 2019 00:23:00      Atlas Acquisitions LLC,    294 Union St.,
                Hackensack, NJ 07601-4303
5100992       +EDI: CITICORP.COM Dec 24 2019 00:23:00      Citibank,   701 East 60th Street N,
                Sioux Falls, SD 57104-0493
5100993       +E-mail/Text: mediamanagers@clientservices.com Dec 23 2019 19:51:59      Client Services,
                3451 Harry S. Truman Blvd.,    Saint Charles, MO 63301-9816
5100994        EDI: DIRECTV.COM Dec 24 2019 00:23:00      DirecTV,   PO Box 78626,    Phoenix, AZ 85062-8626
5113859        EDI: Q3G.COM Dec 24 2019 00:23:00      Department Stores National Bank,    c/o Quantum3 Group LLC,
                PO Box 657,   Kirkland, WA 98083-0657
5086358       +EDI: TSYS2.COM Dec 24 2019 00:23:00      Dsnb Macys,   Po Box 8218,    Mason, OH 45040-8218
5100998        E-mail/Text: robert.mclaughlin@kadiehl.com Dec 23 2019 19:52:59      Lake Of The Pines,
                PO Box 305,   Gouldsboro, PA 18424
5086360       +EDI: MID8.COM Dec 24 2019 00:23:00      Midland Funding,    8875 Aero Dr Ste 200,
                San Diego, CA 92123-2255
5101838       +EDI: MID8.COM Dec 24 2019 00:23:00      Midland Funding LLC,    PO Box 2011,
                Warren, MI 48090-2011
5086361       +E-mail/Text: MKnitter@monroecountypa.gov Dec 23 2019 19:52:48
                Monroe County Tax Claim Bureau,    1 Quaker Plz 104,    Stroudsburg, PA 18360-2141
5086362       +E-mail/Text: Bankruptcies@nragroup.com Dec 23 2019 19:53:14       National Recovery Agen,
                2491 Paxton St,   Harrisburg, PA 17111-1036
5086365        EDI: PRA.COM Dec 24 2019 00:23:00      Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
5101066        EDI: PRA.COM Dec 24 2019 00:23:00      Portfolio Recovery Associates, LLC,    POB 12914,
                Norfolk VA 23541
5086995       +EDI: PRA.COM Dec 24 2019 00:23:00      PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
5093335        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 23 2019 19:52:34
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, Pa.  17128-0946
5086364       +EDI: PRA.COM Dec 24 2019 00:23:00      Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,
                Norfolk, VA 23502-4952
5086366        EDI: Q3G.COM Dec 24 2019 00:23:00      Quantum3 Group LLC,    P.O. Box 788,
                Kirkland, WA 98083-0788
5101008       +EDI: RMSC.COM Dec 24 2019 00:23:00      Syncb/Wal-Mart,    PO Box 965024,
                Orlando, FL 32896-5024
5086367       +EDI: CHRYSLER.COM Dec 24 2019 00:23:00      Td Auto Finance,    Po Box 9223,
                Farmington Hills, MI 48333-9223
5086369       +EDI: WFFC.COM Dec 24 2019 00:23:00      Wells Fargo Dealer Svc,    Po Box 1697,
                Winterville, NC 28590-1697
                                                                                              TOTAL: 27
```

```
District/off: 0314-5            User: LyndseyPr             Page 2 of 2             Date Rcvd: Dec 23, 2019
                                Form ID: ordsmiss           Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
cr*              +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5100988*         +ALLY FINANCIAL/fka GMAC,    PO Box 130424,    Roseville, MN 55113-0004
5086355*        ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                  (address filed with court: American Honda Finance,    201 Little Falls Dr,
                    Wilmington, DE 19808)
5100989*        ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                  (address filed with court: American Honda Finance,    201 Little Falls Dr,
                    Wilmington, DE 19808)
5100990*        ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                  (address filed with court: American Honda Finance,    National Bankruptcy Center,
                    PO Box 168088,    Irving, TX 75016)
5096462*        ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                  (address filed with court: American Honda Finance Corporation,    National Bankruptcy Center,
                    P.O. Box 168088,    Irving, TX 75016-8088)
5100991*          American Info Source Lp,    Post Office Box 248848,    Oklahoma City, OK 73124-8848
5100995*         +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
5100999*         +Met Ed,    c/o Fist Energy,    101 Crawford's Corner Road,    Bldg. 1, Suite 1-51,
                    Holmdel, NJ 07733-1976
5101001*         +Midland Funding,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
5101002*         +Monroe County Tax Claim Bureau,    1 Quaker Plz 104,    Stroudsburg, PA 18360-2141
5101003*         +National Recovery Agen,    2491 Paxton St,    Harrisburg, PA 17111-1036
5101006*        ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                  (address filed with court: Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541)
5101004*         +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
5101005*         +Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
5101007*          Quantum3 Group LLC,    P.O. Box 788,    Kirkland, WA 98083-0788
5101009*         +Td Auto Finance,    Po Box 9223,    Farmington Hills, MI 48333-9223
5101010*         +Udren Law Offices,    Woodcrest Corporate Center,    111 Woodcrest Road, Suite 200,
                    Cherry Hill, NJ 08003-3620
5101011*         +Wells Fargo Dealer Svc,    Po Box 1697,    Winterville, NC 28590-1697
                                                                                     TOTALS: 0, * 19, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 23, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Michael A Gaul    on behalf of Creditor    Township of Middle Smithfield mag@kingspry.com,
               robin@kingspry.com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
              Paul W McElrath, Jr.    on behalf of Debtor 1 Joseph Yeboah ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    American Honda Finance Corporation
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
                                                                                          TOTAL: 7
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Joseph Yeboah,

**Debtor 1**

Chapter     13

Case No.     5:18–bk–03020–RNO

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: December 23, 2019

By the Court,

*[signature: Robt N. Opel II]*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk

ordsmiss (05/18)